1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| ROSIE MARIE PASSI, ) | Case No. CV 14-08458-JEM |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

18
19
20
21
22

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

23
24

DATED: July 9, 2015                     */s/ John E. McDermott*

                                      JOHN E. MCDERMOTT

25

                         UNITED STATES MAGISTRATE JUDGE

26
27
28